Thomas H. Henry, *Respondent*, v. Samuel H. Randall, *Appellant*. — Motion for reargument denied.   Opinion by Daniels, J.

James C. Fitzpatrick, *Respondent*, v. The New York and Manhattan Beach Railway Company, *Appellant*. — Judgment reversed, new trial ordered, costs to abide event.   Opinions by Barker, J., and by Brady, P. J., dissenting.

In the Matter of William T. Blodgett. — Order reversed. Opinion by Brady, J.

William A. Coleman, *Respondent*, v. Annie B. Phelps, *Appellant*. — Judgment affirmed.   Opinion *Per Curiam*.

Anastasia Britt, *Administratrix, etc.*, *Respondent*, v. Francis Alexandre and others, *Appellants*. — Judgment reversed, new trial ordered, costs to abide event.   Opinion by Barker, J.

The Central National Bank of the City of New York, *Appellant*, v. David Valentine, *Respondent*. — Judgment affirmed. Opinion by Brady, P. J.

James H. Lyles and Walter H. Gilson, *Plaintiffs*, v. John M. Hagy and others, *Defendants*. — Judgment reversed, new trial ordered, costs to abide event.   Opinion by Brady, J.

The Rector, etc., of Trinity Church in the City of New York, *Respondents*, v. Jacob H. Vanderbilt, *Appellant*. — Judgment affirmed.   Opinion by Brady, P. J.

Marie Antoinette Witthaus, *Respondent*, v. Frederick C. C. Schack, *Appellant*. — Judgment modified as directed, and affirmed as modified, without costs.   Opinion by Daniels, J.

The Merchants' Loan and Trust Company, *Respondent*, v. Henry Clair, *Appellant, Impleaded, etc.* — Judgment reversed, new trial ordered, costs to abide event.   Opinion by Daniels, J., and by Barker, J., dissenting.

Horace A. Grout, *Respondent*, v. Alice H. Cary, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs.   Opinion by Barker, J.

Marian Langdon, *Appellant*, v. The Mayor, etc., of the City of New York, *Respondents*. — Judgment reversed, new trial ordered, costs to abide event.   Opinion by Daniels, J.

John G. Smith and others, *Respondents*, v. Jonathan Longmire and Charles C. Pinckney, *Appellants*. — Judgment affirmed, with costs.   Opinion by Davis, P. J.

Edwin A. Pratt, *Respondent*, v. Charles Appleby, *Appellant*. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Davis, P. J.

The People of the State of New York ex rel. The Commissioners of Charities and Corrections v. James H. Gibney. — Judgment reversed, with leave to serve amended complaint upon payment of costs.   Opinions by Davis, P. J., Brady and Ingalls, JJ.